IN THE SUPREME COURT OF TEXAS

 No. 10-0077

 IN RE PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed February
1, 2010, is granted in part. The order granting defendants Michella and
William Young's motion to compel, dated January 14, 2010, in Cause No. DC-
08-01133, styled Progressive County Mutual Insurance Co. v. Steven
Anderson, et al., in the 191st District Court of Dallas County, Texas, is
stayed pending further order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before February 16, 2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this February 05, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Jessica Hamby, Deputy Clerk